AO 442 (Rev. 10/13) Arrest Warrant

## UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

**RECEIVED**

AUG 1 1 2023

BY: _USMS_

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 23MJ-430-PJC |
| ) | |
| Brayden Kent Bull ) | |
| ) | |
| _Defendant_ ) | |

**FILED**

AUG 3 1 2023

Mark C. McCartt, Clerk
U.S. DISTRICT COURT

### ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_ _____ Brayden Kent Bull _____

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 2252(a)(4)(A) and 2252(b)(2) – Possession of Child Pornography in Indian Country
18 U.S.C. §§ 1151, 1153, and 2241(c) – Aggravated Sexual Abuse of a Minor in Indian Country
18 U.S.C. §§ 2251(a) and 2251(e) – Production of Child Pornography

Date: 8/11/23

_Issuing officer's signature_

City and state:   Tulsa, Oklahoma

Paul J. Cleary
U.S. Magistrate Judge
333 W. 4th Street
Room 3355 U.S. Courthouse
Tulsa, OK 74103

~~Jodi F. Jayne~~ United States Magistrate Judge
_Printed name and title_

---

**Return**

This warrant was received on _(date)_ 08/29/23 , and the person was arrested on _(date)_ 08/29/23

At _(city and state)_ Tulsa, Ok

Date:   08/29/23

_Arresting officer's signature_

MARLIN WARREN HSI TFO
_Printed name and title_

Picked up on WHCAP.