

FILED

SEP 0 5 2023

Mark C. McCartt, Clerk
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| UNITED STATES OF AMERICA, | Case No. **23 CR 283 JFH** |
|---|---|
| Plaintiff, | |
| v. | INDICTMENT |
| BRAYDEN KENT BULL, | [COUNT ONE: 18 U.S.C. §§ 1151, 1153, and 2241(c) – Aggravated Sexual Abuse of a Minor Under 12 Years of Age in Indian Country; COUNT TWO: 18 U.S.C. §§ 2251(a) and 2251(e) – Production of Child Pornography; COUNT THREE: 18 U.S.C. §§ 2252(a)(2) and 2252(b)(1)] – Receipt and Distribution of Child Pornography; COUNT FOUR: 18 U.S.C. §§ 2252(a)(4)(A) and 2252(b)(2) – Possession of Child Pornography in Indian Country; Forfeiture Allegation: 18 U.S.C. §§ 2253(a)(2) and (a)(3) – Child Exploitation Forfeiture] |
| Defendant. | |

THE GRAND JURY CHARGES:

COUNT ONE
[18 U.S.C. §§ 1151, 1153, and 2241(c)]

On or about October 2, 2021, within Indian Country in the Northern District of Oklahoma, the defendant, **BRAYDEN KENT BULL**, an Indian, knowingly engaged in a sexual act on E.H., a minor known to the Grand Jury, who had not attained the age of 12 years.

All in violation of Title 18, United States Code, Sections 1151, 1153, and 2241(c).

## COUNT TWO
## [18 U.S.C. §§ 2251(a) and 2251(e)]

From on or about October 2, 2021, in the Northern District of Oklahoma, the defendant, **BRAYDEN KENT BULL**, employed and used E.H., a minor known to the Grand Jury, who had not attained the age of 12 years, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which depiction was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer and cellular phone.

All in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

## COUNT THREE
## [18 U.S.C. §§ 2252(a)(2) and 2252(b)(1)]

From on or about April 1, 2021, to on or about November 18, 2021, in the Northern District of Oklahoma, the defendant, **BRAYDEN KENT BULL**, knowingly received and distributed visual depictions of minors engaged in sexually explicit conduct using any means and facility of interstate and foreign, and that had been shipped and transported in and affecting interstate and foreign commerce, and which contained materials that had been so shipped and transported by any means, including by computer. The visual depictions involved at least one prepubescent minor and a minor who had not attained 12 years of age engaging in sexually explicit conduct.

All in violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(2).

## COUNT FOUR
## [18 U.S.C. §§ 2252(a)(4)(A) and 2252(b)(2)]

From on or about April 1, 2021, to on or about November 18, 2021, within Indian Country in the Northern District of Oklahoma, the defendant, **BRAYDEN KENT BULL**, knowingly possessed visual depictions of minors engaging in sexually explicit conduct in one or more image files and video files. The visual depictions involved at least one prepubescent minor and a minor who had not attained 12 years of age engaging in sexually explicit conduct.

All in violation of Title 18, United States Code, Sections 2252(a)(4)(A) and 2252(b)(2).

## FORFEITURE ALLEGATION
## [18 U.S.C. §§ 2253(a)(2) and (a)(3)]

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Sections 2253(a)(2) and (a)(3).

Upon conviction of the offenses alleged in this Indictment, as a part of his sentence, the defendant, **BRAYDEN KENT BULL**, shall forfeit to the United States any property constituting, or derived from, or traceable to, the proceeds obtained, directly or indirectly, as a result of such violations and any property, real or personal, that was used or intended to be used to commit or to facilitate the violations of federal law. The property to be forfeited includes, but is not limited to:

**ELECTRONICS**

1. A red Apple iPhone;

2. A purple Apple iPhone 11;

3. A black Samsung Galaxy S7 Edge cell phone;

4. A black Apple Watch; and

5. Any computers, laptops, cellular phones, cameras, and all peripheral equipment not specified.

All pursuant to Title 18, United States Code, Sections 2253(a)(2) and (a)(3).

CLINTON J. JOHNSON  
United States Attorney

A TRUE BILL

_____  
ASHLEY ROBERT  
Assistant United States Attorney

/s/ *Grand Jury Foreperson*  
Grand Jury Foreperson